PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:25-cv-03315-BAS-MMP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: October 28, 2025 |

- 1 -

NOTICE OF VOLUNTARY DISMISSAL                              Case No: 3:25-cv-03315-BAS-MMP

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff Brittney Mejico ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *without prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class. Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Respectfully submitted,

Dated:  March 5, 2026

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL                                    Case No: 3:25-cv-03315-BAS-MMP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.

CERTIFICATE OF SERVICE                                      Case No.: 3:25-cv-03315-BAS-MMP